**Charles Butler BROWN, Appellant,**

v.

**GENERAL TRUCK SALES, INC., Appellee.**

**No. 2431.**

Municipal Court of Appeals for the District of Columbia.

Submitted Aug. 17, 1959.

Decided Nov. 19, 1959.

Francis E. Jordan and Paul F. Interdonato, Washington, D. C., for appellant.

Robert S. Bourbon, Silver Spring, Md., and Edward A. White, Washington, D. C., for appellee.

Before ROVER, Chief Judge, HOOD, Associate Judge, and CAYTON (Chief Judge Retired) sitting by designation under Code § 11–776(b).

PER CURIAM.

Appellee sued in replevin to recover possession of two trucks. It based its claim on the fact that appellant had purchased a 1956 truck under a conditional sales contract and as collateral security for this purchase gave appellee a chattel mortgage on his 1953 truck and that appellant had defaulted in his payment on the purchase price of the 1956 truck. Appellant defended on the ground that he had never signed

either the conditional sales contract or the chattel mortgage. After a hearing the court made a finding for appellee. We have examined the record and find no error.

Affirmed.